**FILED**

MAY 22 2023

CLERK, U S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # 241

| Receipt of Passport or Other Non-Cash Collateral (Section 1) | |
|---|---|
| Name: Inderjit Singh Grewal | Case Number: 323cr56-1 |
| Address: | Passport Number: 544980477 |
| Judge: Helmick | Country of Origin: USA |
| | Expiration Date: 06/07/2026 |
| Date Rec'd: 5/22/2023 | |
| Description of Property Other than Passport: Passport CArd, Indian Union Driving License, Missouri Concealed Carry Permit | |
| Signature of Individual Surrendering Passport/Other | Clerk's Signature |
| Print Name: Tia Lan | Print Name: J. Hancock |

☑ Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

| Return of Passport or Other Non-Cash Collateral (Section 2) | |
|---|---|
| Date Returned: | Rec'd by: |
| | Rec'd from: |
| Purpose Returned: | |
| Address (If Mailed): | |
| Signature of Individual Retrieving Passport/Other | Clerk's Signature |
| Print Name | Print Name |

S:\Forms\Financial\Passports\Passport Receipt Fillable Form