# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>**LEE FRIEDMAN,** )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23 CR 56<br><br>Judge Jeffrey J. Helmick<br><br>**REPLY IN OPPOSITION TO THE MOTION TO RECONSIDER DEFENDANT'S BOND MODIFICATION**<br><br>Charles M. Boss (11436)<br>111 Dudley St<br>Maumee, OH 43537<br>PH: (419) 893-5555<br>Fax: (419) 754-2258<br>chuck@bossvitou.com<br>**Attorney for Defendant Lee Friedman** |

NOW COMES Defendant Lee Friedman, by and through undersigned counsel, to respectfully oppose the Government's Motion to Reconsider Bond Modification (Doc. #47). Mr. Friedman is scheduled to depart for Seattle, Washington on August 21, 2025, at 6:30 PM, and return to his residence in Orlando, Florida on August 30, 2025. He respectfully requests that this Court deny the Government's motion and reaffirm its prior approval of Mr. Friedman's travel to Alaska.

Importantly, the original bond order does not require prior approval for travel—only notification to Pretrial Services. Mr. Friedman has complied with this requirement in full, notifying Officer Sofia Kollaian in writing on August 13, 2025. There is no legal or

procedural basis to deny travel less than 24 hours before departure simply because the Government has filed a motion. Mr. Friedman should be permitted to proceed with his trip as planned.

This Court granted Mr. Friedman permission to travel on January 8, 2024. Since then, he has taken multiple business trips across the country without incident. Each time he has returned home to Orlando and remained fully compliant with all conditions of release. These trips have included meetings, industry events, and client engagements. Mr. Friedman has never missed a check-in, failed to report, or violated any bond terms.  Significantly, it was Mr. Friedman who reached out to the FBI and made a crime report. This is not to be confused with a standard contact with law enforcement, which would otherwise be a potential bond violation.

He has also demonstrated good faith and transparency throughout this case. He traveled to Toledo on May 29, 2025, to formally reject the Government's plea offer, and passed a home inspection conducted by Officer Kollaian on July 25, 2025. Moreover, Mr. Friedman has consistently provided monthly documentation to Pretrial Services verifying his professional activities. His business involves travel marketing, consulting, and real estate. This upcoming trip is directly related to his travel marketing company, Resorts Marketing International (RMI), which is affiliated with www.Cruise.com—one of the largest cruise travel agencies in the world.

The purpose of the trip is to evaluate cruise offerings firsthand, as Mr. Friedman has been invited by operators to experience their services in order to market them through RMI. While the trip includes some leisure, Mr. Friedman will be accompanied by his partner,

Zaline Diaz, and they plan to engage in limited sightseeing. Crucially, the cruise begins and ends in the United States; Mr. Friedman will not be leaving the country.

The Government's Motion to Revoke Bond is based solely on unproven allegations. Mr. Friedman has not been charged with any new offenses, and no probable cause has been established beyond the Government's assertions. He poses no flight risk and no danger to the community. He remains fully committed to complying with all court obligations and is prepared to return to Toledo if required following his scheduled return on August 30.

Revoking Mr. Friedman's travel authorization at this late stage would impose significant financial hardship. The trip has been planned for months, and substantial nonrefundable expenses have already been incurred.

**WHEREFORE**, Defendant respectfully requests that this Court deny the Government's motion and reaffirm Mr. Friedman's permission to travel on the previously approved Alaska

Respectfully Submitted,

/s/Charles M. Boss
Charles M. Boss
*Attorney for Defendant Lee Friedman*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that pursuant to Fed R. Civ P. 5(b)(2)(E), a copy of this motion was sent via email to AUSA Gene Crawford on this 20th day of August 2025. Notice of this filing was also sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.

Respectfully Submitted,

<u>/s/Charles M. Boss</u>  
Charles M. Boss